# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Darius A Brooks,

Inmate ID Number: 9902538837,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:21cv1540-LC-HTC
*(To be filled in by the Clerk's Office)*

v.

Escambia Board of County Commissioners

Escambia County Jail,

Escambia County Sheriff,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial Requested?
☒ YES  ☐ NO

FILED USDC FLND PN
OCT 19 '21 PM1:01

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: Darius A Brooks     ID Number: 9902538837

List all other names by which you have been known: N/A

Current Institution: Escambia County Jail

Address: 3080 N Pace Blvd

Pensacola, FL ~~32522~~ 32505

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Escambia Board of County Commissioners

   Official Position: Escambia Board of County Commissioners

   Employed at: Escambia Board of County Commissioners

   Mailing Address: 221 Palafox Pl. Suite 400

   Pensacola, FL 32502

   ☐ Sued in Individual Capacity     ☑ Sued in Official Capacity

2. Defendant's Name: Escambia County Jail

   Official Position: Escambia County Jail

   Employed at: Escambia County Jail

   Mailing Address: 3080 N Pace Blvd
   Pensacola, FL 32505

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

3. Defendant's Name: Escambia County Sheriff

   Official Position: Sheriff of Escambia County

   Employed at: Sheriff of Escambia County

   Mailing Address: 1700 W Leanord St
   Pensacola, FL 32501

   ☐ Sued in Individual Capacity    ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee    ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☑ Other *(explain below)*:

__Convicted County Prisoner__

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

During my incarceration from September 30th 2021 to present day October 18 2021 I have been witness to the following conditions: In dorm 3A, where I was placed for housing after preclass without any covid protocol to wit aside from masks, I was in a pod where the toilets bubbled in to each other when flushed where exysiment literally bounced back and forth until it was flushed down numerous times. I also noticed that liquid was flowing into the dorm from the roofs and that inmates had used what they could to divert what was possibly fecal and urcal matter from landing on the table where everyone ate. Currently we are in "quarantine" from a second exposure to Covid-19 where the inmate who presumably tested positive was initially

Statement of Facts Continued *(Page 2 of ___)*

brought back into the dorm. Multiple people have seen the inmate on his hands and knees begging for medical attention, which officers and medical staff ignored for, I know of at least a week. Lack of access to a Law Library is another thing that I noticed. Lack of, or inadequate security staff translates to not having any recreational or educational opportunities. They moved me from "F" dorm to "G" dorm after "G" dorm had already been exposed to Covid-19. ~~[scratched out]~~

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1) USCA Const. Amends. 5, 8, 14 Unsanitary Conditions, Overcrowding, non-hygenic toilet facilities, inadequate staff, lack of recreational and educational opportunities.
2) USCA Const. Amends 14, 6, 9 for punitive and inhumane conditions of confinement. 3) Lack of access to Law Library Materials

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

1) Access to law library. 2) $200,000 for punitive damages and mental anguish from exposure and ensuing quarantine because of Covid-19. 3) Anything other and such that the Court deems proper and just.

ATTENTION: *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). ATTENTION: *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: __N/A__  Case #: __N/A__
   Court: __N/A__

2. Date: __N/A__  Case #: __N/A__
   Court: __N/A__

3. Date: __N/A__  Case #: __N/A__
   Court: __N/A__

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: __N/A__  Parties: __N/A__

Court: N/A _____ Judge: N/A _____

Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

Reason: N/A _____

2. Case #: N/A _____ Parties: N/A _____

Court: N/A _____ Judge: N/A _____

Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

Reason: N/A _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☑ NO

If you answered yes, identify all lawsuits:

1. Case #: N/A _____ Parties: N/A _____

Court: N/A _____ Judge: N/A _____

Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

Reason: N/A _____

2. Case #: N/A _____ Parties: N/A _____

Court: N/A _____ Judge: N/A _____

Date Filed: N/A _____ Dismissal Date *(if not pending)*: N/A _____

Reason: N/A _____

3. Case #: N/A _____ Parties: N/A _____

Court: N/A          Judge: N/A

Date Filed: N/A     Dismissal Date *(if not pending)*: N/A

Reason: N/A

4. Case #: N/A      Parties: N/A

Court: N/A          Judge: N/A

Date Filed: N/A     Dismissal Date *(if not pending)*: N/A

Reason: N/A

5. Case #: N/A      Parties: N/A

Court: N/A          Judge: N/A

Date Filed: N/A     Dismissal Date *(if not pending)*: N/A

Reason: N/A

6. Case #: N/A      Parties: N/A

Court: N/A          Judge: N/A

Date Filed: N/A     Dismissal Date *(if not pending)*: N/A

Reason: N/A

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/15   Plaintiff's Signature: _____

Printed Name of Plaintiff: Darius A Brooks

Correctional Institution: Escambia County Jail

Address: 3080 N Pace Blvd

Pensacola, FL 32505

I certify and declare, under penalty of perjury, that this complaint was (check one) ☑ delivered to prison officials for mailing or ☐ deposited in

the prison's mail system for mailing on the __18__ day of __October__, 20 __21__.

Signature of Incarcerated Plaintiff: _____

Darius Brooks
~~JL 20C C~~ +I 206A
P.O. Box 17800
Pensacola, FL 32522

RECEIVED OCT 13 2021



U.S. Courthouse
1 N. Palafox St.
Pensacola, FL 32502-5665

Mailed From
Escambia County Jail
Dorm 1