UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARIUS A. BROOKS,

    Plaintiff,

v.                                                    Case No. 3:21cv1540-LC-HTC

ESCAMBIA BOARD OF COUNTY
COMMISSIONERS, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Darius Books has filed a *pro se* civil rights complaint purporting to state claims under 42 U.S.C. § 1983. ECF Doc. 1. Plaintiff's complaint, however, was not accompanied by the $402.00 filing fee or a motion to proceed *in forma pauperis*. Plaintiff's case cannot proceed until he pays the full filing fee or files a complete motion to proceed *in forma pauperis* on this Court's forms. *See* N.D. Fla. Loc. R. 5.3 (requiring that a motion or filing fee be submitted to the court "simultaneously" with the complaint).

A complete application to proceed *in forma pauperis* includes (1) a motion, (2) an affidavit, (3) a consent form, (4) an executed financial certificate, (5) and a printout of the transactions in Plaintiff's inmate trust account for the six (6) months preceding the filing of the complaint.

Accordingly, it is ORDERED:

1. The clerk shall send Plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis*. This case number should be written on the forms.

2. Within **twenty-one (21)** from the date of this order, Plaintiff shall either file a motion to proceed *in forma pauperis* or pay the $402.00 filing fee.

3. Plaintiff's failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to prosecute or failure to comply with an order of the Court.

DONE AND ORDERED this 20th day of October, 2021.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:21cv1540-LC-HTC