UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARIUS A. BROOKS,

    Plaintiff,

v.                                        Case No. 3:21cv1540-LC-HTC

ESCAMBIA BOARD OF COUNTY COMMISSIONERS,
ESCAMBIA COUNTY JAIL,
ESCAMBIA COUNTY SHERIFF,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 14, 2021 (ECF No. 5), recommending this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with Court orders. Efforts were made to furnish a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undelieverable.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv1540-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 21st day January of 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1540-LC-HTC